**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1713**

PERPETUA U. EZEH,

             Plaintiff – Appellant,

      v.

BIO-MEDICAL APPLICATIONS OF MARYLAND, INC., d/b/a Fresenius
Medical Care of Porter Dialysis-Rosedale,

             Defendant – Appellee,

      and

FRESENIUS   MEDICAL   CARE;   FRESENIUS   MEDICAL   CARE   KAMI
PARTNERS, LLC, d/b/a Porter Dialysis,

             Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:11-cv-03441-GLR)

Submitted:  October 30, 2013          Decided:  November 6, 2013

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Perpetua U. Ezeh, Appellant Pro Se. Ariana Wright Arnold, Jennifer Lynn Curry, JACKSON LEWIS, LLP, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Perpetua U. Ezeh appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination case arising from Ezeh's employment with Bio-Medical Applications of Maryland. We have carefully reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its thorough opinion. Ezeh v. Bio-Medical Applications of Md., No. 1:11-cv-03441-GLR (D. Md. May 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED